# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 01-2900

_____

|  |  |  |
|---|---|---|
| Randall T. McArty, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | |
| Larry Norris, Director, Arkansas | * | Appeal from the United States |
| Department of Correction; | * | District Court for the Eastern |
| Ray Hobbs, Deputy Director, | * | District of Arkansas. |
| Arkansas Department of Correction; | * | |
| M. D. Reed, Warden, Cummins Unit, | * | [UNPUBLISHED] |
| ADC; J. Hipple, Assistant Warden, | * | |
| Cummins Unit, ADC; L. Herring, Lt., | * | |
| Cummins Unit, ADC; W. Ashcraft, | * | |
| Sgt., Cummins Unit, ADC, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: November 30, 2001

Filed: December 3, 2001

_____

Before HANSEN, FAGG, and BEAM, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Randall T. McArty appeals the district court's[*] denial of McArty's motion for a preliminary injunction in his 42 U.S.C. § 1983 action against Arkansas correction staff. Having carefully reviewed the record and the parties' briefs, we conclude the district court did not abuse its discretion or suffer any misconception preventing a genuine application of its discretion to all facets of the case. See Dakota Indus., Inc. v. Dakota Sportswear, Inc., 988 F.2d 61, 63 (8th Cir. 1993). Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

[*]The Honorable George Howard, Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable John F. Forster, Jr., United States Magistrate Judge for the Eastern District of Arkansas.